Note Changes by Court

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREATER LOS ANGELES SOFTBALL ASSOCIATION, a California non-profit corporation, | Case No.: 2:17-cv-04404-JFW-PJW |
| | *The Hon. John F. Walter* |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | |
| ERIC RYAN, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   June 14, 2017<br>Trial Date:   Not Yet Set |
| AND RELATED CROSS-CLAIMS | |

# **PRELIMINARY INJUNCTION**

For the reasons set forth in the Court's Order Granting Plaintiff's Motion For Preliminary Injunction, dated September 21, 2017 [Docket No. 57], the Court enters the following Preliminary Injunction, and hereby ORDERS as follows:

### **Who Is Enjoined?**

This Preliminary Injunction applies to (i) Defendant Eric Ryan; (ii) any of his agents, servants, employees, and attorneys; and (iii) any other person who is in active concert or participation with either Eric Ryan or any of his agents, servants, employees, and attorneys (the "Enjoined Parties").

### **What Acts Are Enjoined?**

(1)     The Enjoined Parties hereby must refrain from using the Sin City Shootout name, logo or any other associated mark or term.  The Sin City name includes, without limitation, "Sin City Shootout," "Sin City Sports Festival," "Sin City Sports," and any other similar combination of words or phrases (the "Name"). The relevant logos include the following three logos, and any logo or image that is similar to these logos (the "Logo"), except such aspect of the logo that is in the public domain.

  

(2)     The Enjoined Parties also hereby must refrain from engaging in any acts of infringement, unfair competition, false advertising, false designation of origin, passing off, or unlawful and unfair and fraudulent business practices through the use of the Name or Logo (as those terms are defined above).

-1-

1      (3)    For clarity, based on the foregoing, without limitation, the following
2 acts are specifically prohibited:

3           (i)    Using the Name or Logo (as those terms are defined above) in
4 connection with the presentation of or advertisement for any event, or in any
5 communication in any form with third parties;

6           (ii)   Using the Name or Logo (as those terms are defined above) on
7 any website, including, without limitation, the website at www.sincityshootout.com;

8           (iii)  Using the Name or Logo (as those terms are defined above) to
9 enter into any contract on or after September 21, 2017, the date the Court granted
10 GLASA's Motion for Preliminary Injunction.

11     **Time Period**

12     This Preliminary Injunction will remain in force and effect until this Court
13 enters an order terminating it.

14     **Bond**

15     GLASA shall post a bond in the amount of $75,000 within two business days
16 of the Court's entering of this Preliminary Injunction.  To the extent GLASA is
17 unable to post a bond within this period, the Preliminary Injunction will be
18 unenforceable until such time that GLASA posts the required bond.

19

20 Dated:    October 3, 2017

21                                      _____
                                       HON. JOHN F. WALTER
22                                     UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

-2-